**William FIGUEROA, Plaintiff–Appellant,**

**v.**

**DEPARTMENT OF VETERANS AFFAIRS, Robert S. Doland, Adjudicating Officer, Defendants–Appellees.**

**Docket No. 01–6170.**

United States Court of Appeals, Second Circuit.

May 14, 2002.

**24**

William Figueroa, Rensselaer, NY, pro se.

Barbara D. Cottrell, Ass't U.S. Att'y, NDNY, Albany, NY, for Appellees.

Present FEINBERG, KEARSE, and B.D. PARKER, Jr., Circuit Judges.

### SUMMARY ORDER

This cause came on to be heard on the record from the United States District Court for the Northern District of New York, and was submitted by plaintiff *pro se* and by counsel for defendants.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the judgment of said District Court be and it hereby is affirmed substantially for the reasons stated in Judge Hurd's Decision and Order dated June 27, 2001.

We have considered all of plaintiff's contentions on this appeal and have found them to be without merit. The judgment of the district court is affirmed.